IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BIDDULPH ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:06-mc-00374 (RWR) (DAR) |
| ) | |
| UNITED STATES ) | |
| c/o John J. LoCurto ) | |
| Trial Attorney, Tax Division ) | |
| U.S. Department of Justice ) | |
| P.O. Box 227, Ben Franklin Station ) | |
| Washington, D.C. 20044 ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEARANCE

On September 8, 2006, the Chambers of United States Magistrate Judge Deborah A. Robinson contacted the Office of the United States Attorney for the District of Columbia to determine if Petitioner, Robert Biddulph, served on the United States his Petition For Perpetuation of Testimony and to identify the attorney assigned to represent the United States. The Court was informed that Petitioner had not served his Petition. The Court was subsequently informed that the Tax Division, United States Department of Justice would exercise primary responsibility for this matter. On behalf of Respondent, United States of America, please enter the appearance of:

John J. LoCurto
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2793
Facsimile: (202) 514-6866
D.C. Bar No. 481425

As of September 12, 2006, Petitioner has not served the Petition on the United States. The United States anticipates that it will move to dismiss the Petition on or before October 3, 2006.

Date:   September 12, 2006

                                    Respectfully submitted,

                                    /s/ John J. LoCurto
                                    JOHN J. LOCURTO
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 227, Ben Franklin Station
                                    Washington, D.C.  20044
                                    Telephone: (202) 307-2793
                                    Facsimile:  (202) 514-6866

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 12, 2006, I caused the foregoing NOTICE OF APPEARANCE to be served by mail, postage prepaid, as follows:

    Robert Biddulph, Petitioner *Pro Se*
    4011 219th Street, E.
    Spanaway, WA 98387

    Kenneth L. Wainstein, Esq.
    United States Attorney
    District of District of Columbia
    Judiciary Center Building
    555 4th Street, NW
    Washington, DC 20530
      Attn:  Madelyn Johnson, Civil Division


                /s/ John J. LoCurto
                JOHN J. LOCURTO