IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BIDDULPH ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:06-mc-00374 (RWR) (DAR) |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**UNITED STATES' MOTION TO DISMISS THE
AMENDED VERIFIED PETITION FOR PERPETUATION OF TESTIMONY**

Pursuant to Fed. R. Civ. P. 12(b)(1), (5) and (6), the United States moves to dismiss the Amended Verified Petition for Perpetuation of Testimony, and submits a brief and proposed order in support of its motion. The petition should be dismissed because the Court lacks subject matter jurisdiction to grant the relief sought, the petition fails to state a claim for relief under Fed. R. Civ. P. 27 and Petitioner Robert Biddulph failed to serve the United States and individual respondents.

Respectfully submitted,

/s/ John J. LoCurto
JOHN J. LOCURTO (D.C. Bar No. 481425)
U.S. Department of Justice, Tax Division
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2793
Facsimile: (202)(514)-6866
john.j.locurto@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney