IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT BIDDULPH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:06-MC-00374 (RWR)(DAR) |
| | ) | |
| UNITED STATES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Court, having considered the United States' motion to dismiss and any opposition thereto, finds that the amended verified petition for perpetuation of testimony should be dismissed for lack of subject matter jurisdiction, failure to state a claim under Fed. R. Civ. P. 27, and failure to serve the respondents.

Accordingly, it is on this ___ day of November, 2006:

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED that the amended petition is DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Robert Biddulph
Plaintiff *Pro Se*
4011 219th Street E.
Spanaway, WA 98387

John J. LoCurto, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

Kenneth L. Wainstein, Esq.
United States Attorney
District of District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530