IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BIDDULPH | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:06-mc-00374 (RWR) (DAR) |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**CERTIFICATE OF SERVICE**

I certify that, on October 3, 2006, I electronically filed the United States' motion to dismiss, supporting brief, and proposed order, and caused copies thereof to be served by mail, postage prepaid, as follows:

Robert Biddulph, Petitioner *Pro Se*
4011 219th Street, E.
Spanaway, WA 98387

/s/ John J. LoCurto
JOHN J. LOCURTO (D.C. Bar No. 481425)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2793
Facsimile: (202) 514-6866
john.j.locurto@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney