UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT BIDDULPH,<br><br>   Plaintiff,<br><br>     v.<br><br>SECRETARY OF THE TREASURY, et al.,<br><br>   Defendants. | Misc. No. 06-0374<br>             RWR/DAR |

## SCHEDULING ORDER AND INSTRUCTIONS
## TO PRO SE PLAINTIFF

This action was referred to the undersigned United States Magistrate Judge for determination of Plaintiff's Petition for Perpetuation of Testimony (Docket No. 2). On October 3, 2006, Defendants filed the United States' Motion to Dismiss the Amended Verified Petition for Perpetuation of Testimony (Docket No. 4). Plaintiff, who is *pro se*, has filed no opposition or other response.

It is, this 31st day of October, 2006,

**ORDERED** that no later than November 27, 2006, Plaintiff shall file his opposition or other response to the United States' Motion to Dismiss the Amended Verified Petition for Perpetuation of Testimony.

*Pro se* Plaintiff is hereby advised of his obligations under the Federal Rules of Civil Procedure and the rules of this Court, in accordance with the dictates of this Circuit. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968). The Court, by this Order, requires Plaintiff

Biddulph v. Secretary of Treasury, et al.                                                                                                 2

to file his opposition to Defendants' motion to dismiss by no later than November 27, 2006. Plaintiff is hereby advised that the rules of this Court provide that if an opposition to a motion is not filed by the deadline set by the Court, then "the Court may treat the motion as conceded." Local Civil Rule 7(b).


October 31, 2006                                          /s/
                                                         DEBORAH A. ROBINSON
                                                         United States Magistrate Judge